KATHY BAZOIAN PHELPS (State Bar No. 155564)
*kphelps@diamondmccarthy.com*
DIAMOND MCCARTHY LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-4402
Telephone: (310) 651-2997
*[Proposed] Counsel for Robert P. Mosier,*
*Temporary Receiver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>CAPITAL COVE BANCORP LLC;<br>CHRISTOPHER M. LEE aka RASHID K. KHALFANI,<br><br>Defendants | Case No. CV15-00980-JLS (JCx)<br><br>**NOTICE OF RECEIVER'S MOTION FOR ENTRY OF AN ORDER:**<br>   **(1) ESTABLISHING CLAIMS BAR DATE;**<br>   **(2) APPROVING FORM AND MANNER OF NOTICE;**<br>   **(3) APPROVING PROOF OF CLAIM FORM AND SUMMARY PROCEDURES;**<br>   **(4) STAYING POST-RECEIVERSHIP INTEREST; AND**<br>   **(5) ESTABLISHING THE NET INVESTMENT METHOD FOR FIXING INVESTOR CLAIMS**<br><br>Date: September 18, 2015<br>Time: 2:30 p.m.<br>Dept.  10 A<br>Place:  United States District Court<br>       Southern Division<br>       411 West Fourth Street<br>       Room 1053<br>       Santa Ana, CA 92701-4516 |

TO ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** on September 18, 2015, at 2:30 p.m. in Courtroom 10A, 411 West Fourth Street Room 1053 Santa Ana, CA 92701-4516, the above-entitled Court will conduct a hearing on the Motion of Robert P. Mosier, the Court-appointed receiver (the "Receiver"), Requesting Entry of an Order: (1) Establishing Claims Bar Date; (2) Approving Form and Manner of Notice; (3) Approving Proof of Claim Form and Summary Procedures; (4) Staying Post-Receivership Interest; and (5) Establishing The Net Investment Method for Fixing Investor Claims (the "Motion").

The Motion is based upon this Notice, the Memorandum of Points and Authorities and Declaration of Robert P. Mosier filed concurrently herewith.

Through the Motion, the Receiver requests the following relief:

1. **Establishment of Claims Bar Date**. The Receiver requests the Court set a date approximately 90 days from the date of the order on the Motion as the deadline (the "Bar Date") by which all claimants must submit completed and signed proofs of claim evidencing their claims against Capital Cove Bancorp, LLC and its subsidiaries and affiliates[1] (collectively, "Capital Cove" or the "Receivership Entities").

2. **Notice of Claims Bar Date by Mail and Publication**. The Receiver requests the Court approve the following notification efforts to reach both known

---

[1] The following companies are all known affiliates of Capital Cove Bancorp LLC: Capital Cove International, Inc.; Capital Cove Asset Management, Inc.; Capital Cove Financial; Capital Cove Financial Services, Inc.; Capital Cove Asset Management; Capital Cove Real Estate; Capital Cove Real Estate Advisors; Capital Cove Realty Group; Capital Cove REO Opportunities Fund LLC; Capital Cove REO Opportunities Fund II; Capital Cove REO Opportunities Fund III; Capital Cove REO Opportunities Fund IV; REO Multi Asset Fund Holdings Inc.; Capital Cove Investment Management, Inc.; Capital Cove Advisory; Capital Cove Financial Advisory Services LLC; Rittenhouse Square Trust LLC; Rittenhouse Square Advisory LLC; Aspyration Capital Advisors Inc.; Aspyration Financial Group, Inc.; Nepenthe Capital Management Inc.; Diversified Realty and Financial Services Inc.; Portovelo Management Group LLC; Portovelo Financial; Portovelo Development; Portovelo Wealth Management; First Asian Bancorp LLC; and First Asian Management.

and unknown claimants with notice of the Bar Date:

- **Notice by Regular Mail or Email**: The Receiver proposes to serve all known potential claimants by regular mail, to the extent he has a mailing address, or by email if he has a known email address and no mailing address, within twenty (20) days after entry of the Bar Date Order, with: (i) notice of the Bar Date and the procedures for submitting proofs of claim, substantially in the form of the notice attached to the Motion as **Exhibit 1** (the "Bar Date Notice") and (ii) a proof of claim form substantially in the form of the documents attached to the Motion as **Exhibit 2** ("Claim Form").

- **Notice by Publication**: The Receiver proposes to publish the Bar Date Notice in the following general circulation newspaper on two days at least one week apart and at least thirty (30) days prior to the Bar Date: *the Los Angeles Times* or a newspaper of similar circulation.

3. **Approval of Claim Form**. Attached to the Motion as Exhibit 2 is the Receiver's proposed Claim Form and related instructions for Capital Cove creditors and investors. The Receiver asks the Court to approve Exhibit 2 for the submission of any and all types of claims.

4. **Procedures for Submitting and Determining Proofs of Claim**. The Receiver seeks Court approval of a claims procedure to efficiently, equitably, and promptly identify potential claimants and the amount and validity of any claim. The proposed procedure will allow the Receiver to establish certainty as to the total number and amount of claims against Capital Cove and allow for an equitable distribution among claimants.

The Receiver proposes to mail a Claim Form to each known potential claimant. The claimant must complete and sign the Claim Form under penalty of perjury and return it to the Receiver before the Bar Date with supporting documentation. The claimant must provide the amount(s) that he or she contends is

3

owed, as well as legible copies of documents supporting the claim or, if such documents are not available, an explanation as to why documentation is lacking. To the extent that claimants have already provided copies of documentation to support their claim, then they may simply complete and sign the Claim Form and need not submit duplicate copies of documentation already submitted to the Receiver.

Each filed proof of claim must conform substantially to the Claim Form approved by the Court. Each proof of claim must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. The claimant must attest under oath that the information provided therein is true and correct. Each proof of claim must be legible, written in English, and denominated in U.S. currency.

The submission of a proof of claim will subject the claimant to the jurisdiction of the United States District Court for the Central District of California.

5. **<u>Treatment Election for Claims Secured by Trust Deeds</u>**. The Receiver requests approval of the following procedure for the handling of secured claims. Claimants holding a lien, trust deed or other security interest against any property or collateral, must complete the Claim Form and are asked to make a selection as to whether they want their claim treated as either: (i) a secured claim, and will agree to accept the collateral (or the proceeds from the sale of the collateral) securing the claim in full satisfaction of the claim amount; or (ii) an unsecured claim, and will agree to waive and release the lien, trust deed, security interest and collateral and to recover instead from any distributions from the Receivership estate attributable to the claim amount. If a claimant with a secured claim elects treatment as a secured claim, then the claimant will be deemed to have waived any distributions from the Receivership estate and instead receive a recovery from the collateral (or the proceeds from the sale of the collateral, if any). If the claimant elects to have the secured claim treated as an unsecured claim, then the claimant will be deemed to have waived and released all rights to the collateral and will share in the

distributions from the Receivership estate.

6. **Effect of Failure to Submit Claim Form Before Bar Date**. The Motion proposes that if any claimant fails to return the Claim Form to the Receiver in a timely manner, the effect of such failure will be that the claimant waives any claim against the receivership estate. Any claims received after the Bar Date should be forever disallowed.

7. **Stay of Post-Receivership Interest Accrual**. The Receiver requests that the Court stay the accrual of all post-receivership interest against all investors and unsecured and under-secured creditors (effective as of June 18, 2015, the date of the temporary receivership) to preserve Capital Cove assets and maximize recovery for claimants. The Receiver additionally requests a stay on the accrual of default rate interest against over-secured creditors on equitable grounds and reserves all rights to challenge any secured creditor's claim asserting ongoing interest on the basis they are over-secured by their collateral.

8. **Use of the Net Investment Method To Fix Allowed Amount of Investor Claims Is Appropriate**. The Motion asks the Court to authorize the Receiver to use the "net investment" method of calculation to determine the allowed amount of investors' claims. The Court's approval of the net investment calculation method allows the Receiver to offset payments Capital Cove made to the investors against the amount that they invested.

The Motion does not seek approval of a method of distribution. Once the claim amounts are filed and determined and the Receiver has liquidated the properties, the Receiver intends to file a distribution plan setting forth the priorities, if any, that he proposes for purposes of distributing funds based upon the allowed amount of the claims and the available funds.

9. **Claims Objections**. For those claims the Receiver believes are objectionable, the Receiver will respond first to the claimant informally with the basis of his objection and shall try to reach resolution of any disputes. If the parties

are unable to reach a resolution, then the Receiver will file an appropriate objection, setting forth the factual and legal basis therefor. The Receiver will identify the portion of the claim he believes is unobjectionable and should be allowed. The burden of proof will then shift to the claimant to overcome the objection.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7-9, any party who opposes the Motion must, not later than 21 days before the date of the hearing on the motion, serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion. Evidence presented in all opposing papers shall comply with the requirements of L.R. 7-6, 7-7 and 7-8.

DATED: August 14, 2015

DIAMOND McCARTHY LLP
By:   /s/ *Kathy Bazoian Phelps*
        Kathy Bazoian Phelps
        *[Proposed]* Counsel for Robert P. Mosier,
        Temporary Receiver

NOTICE OF MOTION TO ESTABLISH BAR DATE AND SUMMARY CLAIMS PROCEDURE

PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067.  On August 14, 2015, I served a copy of the within document(s):

NOTICE OF RECEIVER'S MOTION FOR ENTRY OF AN ORDER:

(1)   ESTABLISHING CLAIMS BAR DATE;

(2)   APPROVING FORM AND MANNER OF NOTICE;

(3)   APPROVING PROOF OF CLAIM FORM AND SUMMARY PROCEDURES;

(4)   STAYING POST-RECEIVERSHIP INTEREST; AND

(5)   ESTABLISHING THE NET INVESTMENT METHOD FOR FIXING INVESTOR CLAIMS

X     <u>SERVED BY UNITED STATES MAIL</u>:

On August 14, 2015, I served the following persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

<u>SEE ATTACHED SERVICE LIST</u>

X     <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 14, 2015, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses

stated below.

Amy J Longo longoa@sec.gov, berryj@sec.gov, forgioneh@sec.gov, irwinma@sec.gov, LAROFiling@sec.gov, pearsonl@sec.gov
Harry E Douglas , IV hed4law@yahoo.com
James Patrick Ragan jpraplc@msn.com
Junling Ma maj@sec.gov
Kathy Bazoian Phelps kphelps@diamondmccarthy.com, jrudd@diamondmccarthy.com, mshabpareh@diamondmccarthy.com, rmosier@mosierco.com

X   <u>SERVED BY OVERNIGHT DELIVERY</u>:

On August 14, 2015, I served the following persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Honorable Josephine L. Stanton
United States District Court
Southern Division
411 West Fourth Street
Department 10 A, Room 1053
Santa Ana, CA 92701-4516

X   <u>SERVED VIA ELECTRONIC TRANSMISSION/EMAIL</u>

On August  14, 2015, I served the following persons and/or entities at the by transmitting via electronic mail the document(s) listed above to the addresses set forth  below:

Priscilla Agoneillo
Priscilla.pyrk@gmail.com

Stephanie Fox
Sfox@senecaservicing.com

Marina Bello
marinabello100@gmail.com

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the

2

U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on August 14, 2015, at Los Angeles, California.


*/s/ Melody Shabpareh*
Melody Shabpareh

1

SERVICE LIST

2

SEC V. CAPITAL COVE BANCORP LLC, ET AL.
CASE NO. SACV 15-00980-JLS(JCx)

3

4

Arlene Bennett
1830 Von Karman, Suite 330
Irvine, CA 92612

5

6

7

Jay Cervenka
3759 Locust Street, #5
Riverside, CA 92501

8

9

10

Joseph Conzonire

11

Karinna Alcantara
B7K Capital Investment LLC
936 Waterstone Place
San Ramon, CA 94582

12

13

14

Yaw Asante
3812 Erath Drive
Carrollton, TX 75010

15

16

17

Richard Avina
119 S. Dommer Avenue
Walnut, CA 91789

18

19

20

Gary Bartley
20 Beacon Bay
Newport Beach, CA 92660

21

22

Gary J. Bartley
1400 Colony Place
Newport Beach CA 92660-6362

23

24

25

PENSCO Trust Company
FBO Gary J. Bartley, IRA
P.O. Box 173859
Denver, CO 80217-3859

26

27

28

4

Ray Bemiller
Bemiller Asset Management
11309 Mountain View, #159
Rancho Cucamonga, CA 91730

Ray and Phyllis Bemiller
Bemiller Asset Management LLC
10730 Church Street
Rancho Cucamonga CA 91730

Nidia Carrerro
C&C Management LLC
560 Teaneck Road
Ridgefield Park, NJ 07660

German Centeno
German Centeno Enterprise Group LLC
1350 Hollencrest Drive
West Covina, CA 91791

Robert Christadore
P.O. Box 91199
Tuscon, AZ 85752-1199

Lloyd Cook
P.O. Box 738
Leona Valley, CA 93551

Lance Corlis
C2 Asset Management
429 West Ohio Street, #167
Chicago, IL 60654

Lance Corlis
C2 Asset Management Group
8037 Scholarship
Irvine, CA 92612

Carol Costarakis
Rolf Haas
5524 Sandburg Avenue
San Diego, CA 92122

James Doezie
22516 Lake Forest Lane
Lake Forest CA 92630

Sarla Ferrer Duller
14017 Ravenwood Drive
Chino Hills, CA 91709

Walter and Illona Fellows
5861 W. 76th St.
Los Angeles CA 90045

Susan Fintland
SBL Investments
3604 W. Estates Lane, #319
Palos Verdes Peninsula, CA 90274

Mavis Fleschman
5605 Gentry Avenue, Apt. 402
Valley Village, CA 91607

Richard Ramos Gomez
919 Palmero Lane
Corona, CA 92879

Joseph & Lanise Goosby
2066 Stonehaven Drive
Corona, CA 92879

Ronnie Green
25205 Lamayo Avenue
Moreno Valley, CA 92557

American Estate & Trust
FBO Ronnie Green
6900 Westcliff Dr. #603
Las Vegas NV 89145

Joel Griffith
28587 Cherokee Rose Drive
Highlands, CA 92346

Nayt Grochowski
So Cal Investor Alliance LLC
27762 Antonio Pkwy, Suite L1-491
Ladera Park, CA 92694

Jason Hackett
2312 Park Avenue, #107
Tustin, CA 92782

Virginia Harris
171 S. Starlight Drive
Anaheim, CA 92807

Arnold Herrera
10576 Santa Cruz Road
Desert Hot Springs, CA 92240

Scott Hutts
400 Reed, Suite 130
Santa Clara, CA 95050

Damien Jenkins
34 Francscan Place
Pomona, CA 91766

Annie Julienne
1716 English Colony Drive
LaPlace, LA 70068

7

Lama Kabakibi
RIAD LLC
516 Hampton Hill Road
Franklin Lakes, NJ 07417

Barry Kay
9113 David Avenue
Los Angeles, CA 90034

Velvet King
14330 Brittlebush Drive
Adelanto, CA 92301

Mike LaTorre and Phillip Latorre
3759 Locust Street, #5
Riverside, CA 92501

Dan Lavoie
Developmetrics LLC
20 Lyon
Newport Coast, CA 92657

Brian Lim
Belvedere Properties
30262 Crown Valley Parkway, Unit B 355
Laguna Niguel, CA 92677

Barbara & Warwick Lowe
2235 3rd Street, Apt E610
San Francisco, CA 94107

Eva Martinez
16325 Domani Terrace,
Chino Hills, CA 91709

Jorge Martinez
Portovelo Management Group LLC
6080 Center Drive, 6th Floor
Los Angeles, CA 90047

8

Kristine Joy Mosqueda
Roman P. Mosqueda
Ryan Christopher Mosqueda
6150 Padeo La Vista
Woodland Hills CA 91367


Kristen Joy Mosqueda
Roman Mosqueda
3460 Wilshire Boulevard, Suite 407
Los Angeles, CA 90010

Ryan Christopher Mosqueda
1 Equity Way
Westlake, OH 44145

Scott Olson
OMAC Real Estate
28581 Old Town Front, Suite 200
Temecula, CA 92590

Roland Palencia
Palencia Investments, LLC
P.O Box 291483
Los Angeles, CA 90029

Edward J. Pastore
2931 El Dorado Parkway, Suite 103-385
Frisco, TX 75033

Billy Ray Pitt, Jr.
Ray Cove, Billy Ray Enterprise LLC
7021 Via Serrano Pl.
Rancho Cucamonga, CA 91739

Billy Ray Sr.
2128 Bolanos Avenue
Roland Heights, CA 91748

9

Maria Rawls
1 Equity Way
Westlake, OH 44145

Pamela L. Reynon
9642 Stonybrook Drive
Anaheim, CA 92804

Equity Trust Company
Custodian FBO Pamela Reynon IRA
9642 Stonybrook Drive
Anaheim CA 92804

Mitchell Richardson
Lee Property LLC
6000 Big Pine Dr.
Fontana, CA  92336

Roger L. Roberts
2461 Damuth Street
Oakland, CA 94602

Pat & Harold Roy
2050 Mesita Avenue
West Covina, CA 91791

Alex Roy
34001 El Centento Drive
Dana Point, CA 92629

Anjon K. Roy
4315 Park Avenue, #3H
Union City, NJ 07087

Francisca Ruiz
Ruiz LLC
35 Cypress Street
Jersey City, NJ 07305

Tanahashi Sadayoshi
215-A East Bradfor Avenue
Cedar Grove, NJ 07009

Katherine Silver
Empire Realty Group & JKNM Investments
646 Palidae Avenue
Jersey City, NJ 07307

Estes Jane
Empire Realty Group
407 Washington Street
Hoboken, NK 07030

Diana Thorton
10926 Crenshaw Blvd, Apt. #4
Inglewood, CA 90303

Lawrence Nathaniel Turner
1459 East 121st St.
Los Angeles CA 90059

PENSCO Trust Company
FBO Lawrence Turner, IRA
P.O. Box 173859
Denver, CO 80217-3859

Jesus Villegas
3975 Hunter Street
Riverside, CA 92509

Hai Vo
Edward Solution
9315 Bolsa Avenue, Unit 170
Westminster, CA 92683

Terry L. Walker
34145 Pacific Coast Hwy, #363
Dana Point, CA 92629

Lisha Wang
14344 Cherry Creek Circle
Eastvale, CA 92880

Faye E. Williams
14649 Argentine Crt
Fontana, CA 92337

Cathy and Brien Woodson
Prime Assets Financial
P O Box 12
Chandler, TX 75758

Miho Yoshikawa
7071 Warner Avenue, Suite 178
Huntington Beach, CA 92647

Helen Youn
SNC Holding, Inc.
15901 Imperial HWY
La Mirada, CA 90538

Annie Yu
60 Concierto
Irvine, CA 9262

Shaw Curtis
5351 Donna Avenue
Tarzana, CA 91356

Jeffrey Apploff
Apploff Entertainment Inc.
5900 Wilshire Blvd
Los Angeles, CA 90036

Thomas Condon
6036 S. Croft Avenue
Los Angeles, CA 90036

12

John R. Lukes
1400 Colony Plaza Drive
Newport Beach, CA 92660

Andrew Vincent Walker
c/o Cervenka and Lukes Capital Partners
P.O. Box 60141
Pasadena CA 91116

MB300 Enterprises LLC
9841 Haven Avenue, #100
Rancho Cucamonga, CA 91730

Dan Baer
Creative Asset Management Inc.
419 Main Street, Apt. 355
Huntington Beach, CA 92648

Center Street Lending
P.O Box 60141
Pasadena, CA 91116

Dawitt Z. Equabatsion
2265 Melville Drive
San Marino, CA 91108

Dawitt Z. Equbatsion
6036 S Croft Ave.
Los Angeles CA 90056

Ron D. Kaplan
Equifund III, LP
664 Linda Vista Avenue
Pasadena, CA 91105

Mark McCormick
Compass Alternative Investments, LLC
4676 Lakeview Avenue, Suite 213
Yorba Linda, CA 92886

George Noor
Norkat Financial Inc.
330 Cessna Circle
Corona, CA 92880

Nationstar Mortgage LLC
8950 Cypress Waters Boulevard
Coppell, TX 75019

Seterus, Inc.
4460 44th Street SE, Suite D
Grand Rapids, MI 49512

Seterus, Inc.
PO Box 2008,
Grand Rapids, MI 49501-2008

Dennis and Joanne Wesley
4676 Lakeview Ave. Suite 213
Yorba Linda CA 92666

Gary Winings
PO Box 189010 #174
Coronado CO 92178

Gary Winings
Winings Properties
2862 Calle Esteban
San Clemente, CA 92673

Wanda Greenhill
5433 Onacrest Drive
Los Angeles, CA 90043

Homer Jackson
155 Washington Street, Suite 1202
Jersey City, NJ 07302

Byron Prelow
765 Market Street, Apt. 24H
San Francisco, CA 94103-2038

14

1

2   Robbie C. Soriano
3   6799 Sorrento Road
    Rancho Cucamonga, CA 91701

4
5   Amir Halavi
    11040 Santa Monica Blvd., #400
6   Los Angeles, CA 90025

7   Seer Capital Management LP
8   1177 Avenue of the Americas, 34th Floor
    New York, NY, 10036
9

10  Residential Mortgage Loan Trust I
    c/o US Bank N.A.
11  Attn: Global Structured Finance
12  60 Livingston Ave.
    EP-MN-WS3D
13  St. Paul Minn. 55107

14
    Affinity Capital Management Group, LLC
15  Attn: Priscilla Agoncillo
16  3380 La Sierra Ave, No.104-170
    Riverside, CA 92503
17

18  Capital Cove Bancorp LLC
    9481 Haven Ave.
19  Rancho Cucamonga CA 91730

20
    C2 Asset Management
21  8037 Scholarship
22  Irvine, CA 92612

23  C2 Asset Management Group LLC
24  429 W. Ohio Street, #167
    Chicago, IL  60654
25

26  Center Street Lending Fund IV
    18301 Von Karman Ave., Suite 330
27  Irvine CA 92612

28

15

Center Street Lending Fund IV SPE, LLC
18301 Von Karman Ave., Suite 330
Irvine CA 92612

Center Street Lending Fund III SPE, LLC
18301 Von Karman Ave., Suite 330
Irvine CA 92612

Center Street Lending MP IV, LLC
18301 Von Karman Ave., Suite 330
Irvine CA 92612

Center Street Lending /WF I, LLC
18301 Von Karman Ave., Suite 330
Irvine CA 92612

Wining Properties
P.O. Box 73
Zephry Cove, NV 89448

Wining Properties
P.O. Box 189010 #178
Coronado CA 92178

Portovelo Management Group LLC
6080 Center Drive, 6th Floor
Los Angeles, CA 90047

Norkat Financial Inc.
330 Cessna Circle
Corona, CA 92880

Cervenka and Lukes Capital Partners
P.O. Box 60141
Pasadena CA 91116

Creative Asset Management LLC
4676 Lakeview Ave. Suite 213
Yorba Linda CA 92886

16

Center Street Lending Fund V LLC
18301 Von Karman Ave., Suite 330
Irvine CA 92612

3 S Landholdings, LLC
9481 Haven Avenue, Suite 100
Ranch Cucamonga, CA  91764

Real Office Centers
4590 MacArthur Blvd., Suite 500
Newport Beach, CA  92660v

NBS Default Services LLC
301 E. Oean blvd., Suite 1720
Long Beach CA 90802

Master Funding Co.
(Re: 321 S. Enid Avenue, Loan #1339)
P.O. Box 2467
Temecula, CA 92593-2467

Attorney for Plaintiff Lawrence Nathaniel Turner
MaryEtta C. Marks
Law Offices of M. C. Marks
6709 La Tijera Blvd., No. 541
Los Angeles CA 90045-2017

Attorneys for Plaintiff Alex and Anna Roy
Bradley D. Blakely, Esq.
484 Nyes Place
Laguna Beach CA 92651

Attorneys for Plaintiff Divine Prosperity LLC
D. Michael Clauss, Esq.
CASE, IBRAHIM & CLAUSS, LLP
15615 Alton Parkway, Suite 260
Irvine, California  92618

Attorneys for Plaintiff City of Indian Wells
Stephen P. Diestch
Jill Tremblay
Best Best & Krieger LLP
74-760 Highway 111, Suite 200
Indian Wells, CA 92210

Attorneys for Plaintiff Robert Half Int'l
Arturo E. Matthews, Jr.
Matthews Law Firm Inc.
1801 Century Park East, 24th Floor
Los Angeles, CA 90067


Attorneys for Plaintiff AV Capital Investments, LLC
Robert P. Sievers
Sievers Law Firm
1122 E. Green Street
Pasadena, CA 91106

Jason Lightfoot Reid
11949 Goshen Avenue, Apt. 310
Los Angeles, CA 90049

Attorneys for Plaintiff Maverick RC, LLC
Randal P. Hannah
Law Offices of Randal P Hannah
PO Box 247
Upland, CA 91785

Attorneys for Plaintiff Melvin Hayes II
Charles Lyon Zetterberg
Buxbaum & Chakmak
414 Yale Ave #K
Claremont, CA 91711

Attorneys for Petitioners, Lucero Manuel, Lewis Shanquille
James Earl Foden Jr
11140 Los Alamitos Bl #205
Los Alamitos, CA 90720

18

Attorneys for Plaintiff IMortgage.com. Inc
Angela Young Shin
Fidelity National Law Group
915 Wilshire Blvd Ste 2100
Los Angeles, CA 90017

Attorneys for Plaintiff Brafton, Incorporated A/K/A; Brafton, Inc. A/K/A Brafton
Alan M. Cohen
Law Offices of Alan M. Cohen LLC
550 Worcester Road
Framingham, MA 01702

Thomasina M. Reed
Law Offices of Thomasina M. Reed
5777 W. Century Boulevard, Suite 1125
Los Angeles, CA 90045

Lawyers for Center Street:
Michelle Ghidotti
Christopher Bauer
Law Offices of Michelle Ghidotti
5120 E. La Palma Ave., Ste. 206
Anaheim Hills, CA  92807

Lawyers for Affinity Capital Management Group
Scott Shapiro
APPELL SHAPIRO LLP
15233 Ventura Blvd Ste 420
Sherman Oaks, CA 91403
Lawyers for Gary Wining and Winings Property LLC
C. Michael Chapman
Chapman, DeLesk & Emge, LLP
28202 Cabot Road, Third Floor
Laguna Niguel, CA 92677

Lawyers for Divine Properties LLC
D. Michael Clauss, Esq.
CASE, IBRAHIM & CLAUSS, LLP
15615 Alton Parkway, Suite 260
Irvine, California  92618

19

1
2
3
4

Laurie Allread
Senior Escrow Officer
Reliable Escrow Service Corporation
6028 Whittier Blvd
Los Angeles, CA  90022

5
6
7
8

M.T. EVICTIONS TEAM
The Landlords Ally
Attn: Elizabeth
2609 W. Beverly Blvd., #6
Montebello, Ca 90640

9
10
11

ABS Air Conditioning, Heating & Plumbing
PO Box 2446
Montclair, CA 91763

12
13
14

Sandeep Shah
3S Landholdings LLC
9841 Haven Avenue, #120
Rancho Cucamonga, CA 91370

15
16
17
18
19
20

Michael E. Allen
Big Mike's Rooter & Plumbing
268 W. Cluster Street
San Bernardino, CA 92408

21
22
23

Anaheim Public Utilities
Po Box 3069,
201 S. Anaheim Blvd.
Anaheim, CA 92803-3069

24
25
26

Kimberly Arriaga
6453 Jasper St
Alta Loma, CA 91701

27
28

Arrowhead Direct
Po Box 856158
Louisville, KY 40285-6158

1

2     AVLTC
      445 W Palmdale Blvd Ste R
3     Palmdale, CA 93551-4510

4
      Azusa Light & Water
5     Po Box 7030
6     Artesia, CA 90702-7030

7     B & D Security
8     9120 Norwalk
      Santa Fe, CA 90670
9

10    Bank Of America
      Legal Order Processing
11    Po Box 29961
12    Phoenix, Az 85038

13
      Bartlein & Company, Inc
14    25031 W. Avenue Stanford, Ste. 110
      Valencia, CA 91355
15

16    Burrtec Waste Industries Inc
      Po Box 5638
17    Buena Park, CA 90622-5638

18
      California Digital Systems
19    1298 W. 9th Street
20    Upland, CA 91786

21
      California Fair Plan Insurance
22    Po Box 76924
      Los Angeles, CA 90076-0924
23

24    Estuardo Campos
      9489 Cedar Glenplace
25    Rancho Cucamonga, CA 91730
26
      City Of San Bernardino-Refuse
27    Po Box 990
28    San Bernardino, CA 92402

City Of San Bernardino-Municipal
Po Box 710
San Bernardino, CA 92402

Donald M. Clarke
Po Box 1674
Laguna Beach, CA 92652

Coachella Valley Water District
Po Box 5000
Coachella, CA 92236-5000

Cucamonga Valley Water District
Po Box 51788
Los Angeles, CA 90051

East Valley Water District
Po Box 3550
Ontario, CA 91761-0955

Edison
Po Box 300
Rosemead, CA 91772-0001

Johnny E. Franco
Farmers Insurance Group
18726 S. Western Ave., Ste. 310
Gardena, CA 90248-3812

Joe C. Hood
Farmers Insurance Group
9613 Arrow Rte, Ste. B
Rancho Cucamonga, CA 91730

Francisco Coronel
Farmers Insurance Group
5700 Ralston St., Ste. 120
Ventura, CA 93003-7889

22

Federal Express
Po Box 7221
Pasadena, CA 91109-7321

Dalia Ferrero
10610 Countryside Dr.
Rancho Cucamonga, CA 91730

GI Industries
Po Box 541065
Los Angeles, CA 90054-1065

City Of Glendora,
116 E. Foothill Blvd.
Glendora, CA 91741

Refugio Gonzalez
704 S. Oak St.
Inglewood, CA 90301

Mariaelena Guerrero
14038 Ragus St.
La Puente, CA 91746

Ali Hendaoui
Locksmith Iq
10601 Civic Center Dr., Suite 100e
Rancho Cucamonga, CA 91730

Stephen Henry
315 North Alameda Ave.
Azusa, CA 91702

Luis Alberto Hernandez
9420 California Ave., Apt. "A"
South Gate,  CA 90280

Mario Edgar Hernandez
9420 California Ave., Apt. "A"
South Gate, CA 90280

23

Home Depot
Store 0683 S.B.
1055 W. 21st Street
San Bernardino. CA 92405

City Of Inglewood,
P. O Box 30878
Los Angeles, CA 90030-0878

IPFS Corporation
Po Box 100391
Pasadena. CA 91189-0391

IPFS Corporation
P. O  Box 905849
Charlotte, NC 28290-5849

Jack's Disposal Service
P.O Box 5910
Buena Park, CA 90622-5910

Cherisa Johnson
719 Belmont Blvd., #306
Rockford, IL 61103

L.A. Dept. Of Water & Power
P.O Box 30808
Los Angeles, CA 90030-0808

Laguna Computers
10 Tobago
Laguna Niguel, CA 92677

LCS
1007 Cottonwood Dr.
Loveland, OH 45140

Leighton Specialties
40316 30th Street West
Palmdale, CA 93551

24

1

2    Venus Louviere
     Po Box 9173
3    Cedarpines Park, CA 92322

4
     Magnolia Heating & Cooling
5    6990 Jurupa Ave.
6    Riverside, CA 92504

7    Nationstar Mortgage
8    Po Box 619063
     Dallas, TX 75261-9063
9

10   Georgina Nobles
     Po Box 524
11   Rancho Cucamonga, CA 91729

12
     Alberto Arroyo Olmos
13   214 Lew Ave.
14   La Puente, CA 91744

15   Orkin Services
16   P.O Box 7161
     Pasadena, CA 91109-7161
17

18
     Palmdale Water District
19   P.O Box 904070
20   Palmdale, CA 93590-4070

21   Paper Recycling & Shredding
22   P.O Box 3074
     San Dimas, CA 91773
23

24   Public Storage - San Dimas
     211 W. Allen Ave.
25   San Dimas, CA 91773

26
     Riverside County Treasurer
27   P.O Box 12005
28   Riverside, CA 92502-2205

                              25

1

2   Riverside, City Of Public Utilities
    3900 Main St.
3   Riverside, CA 92522-0144

4
    Seterus, Inc.
5   14253 S.W. Millikan Way, #200
6   Beaverton, OR        97005

7   Signs On Site Installation Co
8   P.O  Box 538
    Glendora, CA 91740
9

10  City of Simi Valley,
    P.O Box 30536
11  Los Angeles, CA 90030-0536

12
    So. California Gas Co.
13  P.O Box C
14  Monterey Park, CA 91756-5111

15  So. California Security Centers Inc.
16  16711 Parkside Ave.
    Cerritos, CA 90703
17

18
    Solar Management Services
19  P.O Box 910
20  Perris, CA 92572

21  Lisa Stefanov
22  1539 Pumalo St., #10
    San Bernardino, CA 92404
23

24  Tele Concepts, Inc.
25  3285 Trade Center Dr.
    Riverside, CA 92507-3432
26

    Verizon
27  P.O Box 920041
28  Dallas, TX 75392-0041

26

Walnut Valley Water District
P.O Box 7152
Pasadena, CA 91109-7152

Albert B. Williams
319 Marigold Dr.
Chino, CA 91710

Wilfred F. Torres
571 Richland St., Apt. C
Upland , CA 91786

Walter E. Torres Zavala
571 Richland St., Apt. P
Upland, CA 91786

Dadson Washer Service
5511 W. Adams Blvd.
Los Angeles, CA  90016

Diamond Point Club
536 Navajo Spring Road
Diamond Bar, CA  91765

Citrix Systems Inc.
6500 Hollister Ave.
Goleta, CA  93117-3011

Right Networks
14 Hampshire Drive
Hudson, NH  03051

Infusionsoft
1260 South Spectrum Blvd.
Chandler, AZ  85286

Ring Central Inc.
1400 Fashion Island Blvd., Ste 700
San Mateo, CA  94404

27

1

2     Junxure
      3651 Trust Drive
3     Raleigh, NC  27616

4
      Penn Credit
5     916 S. 14th Street
6     PO Box 988
      Harrisburg, PA  17108-0988
7

8     Griffin Pest Mgmt.
      1415 E. McFadden Ave., Suite D
9     Santa Ana, CA  92705

10
      RodrigoVargas
11    15927 Brighton Avenue
12    Gardena, CA 90247

13    Cathy Riley
14    Windermere Real Estate Coachella Valley
      47-250 Washington Street Ste B
15    La Quinta, CA 92253

16
      Nuevo Horizonte
17    16325 Domani Ter
18    Chino Hills CA 91709

19
      Daniel, Leslie & Barbara Marie Randolph
20    852 Via Gregorio
      San Dimas, CA 91773
21

22

23

24

25

26

27

28
                                            28