**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

PLAINTIFF(S)

v.

CAPITAL COVE BANCORP, LLC, et al.

DEFENDANT(S)

CASE NUMBER

SACV 15-00980-JLS-JCx

**ORDER  RE APPLICATION FOR PERMISSION**
**FOR ELECTRONIC FILING**

IT IS ORDERED that the Application for Permission for Electronic Filing by Christopher M. Lee aka Rashid K. Khalfani is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:   September 7, 2016

United States District Judge

☐ DENIED

*Comments:*

Dated:

United States District/Magistrate Judge